| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wigenton, Susan D. | 2. Court or Organization<br><br>District of New Jersey | 3. Date of Report<br><br>05/17/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>50 Walnut Street, Courtroom 5C<br>Post Office Box 999<br>Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ . NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2009 MAY 26 A 10: 10 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/1997 | Giordano, Halleran & Ciesla, P.C.,- Share in contingency fees of personal injury matters. |
| 2. 4/2000 | Hobbie, Corrigan, Bertucio & Tashjy, P.C., - Share in contingency fees of personal injury matters referred as a result of closed practice. |
| 3. | |

**Wigenton_Susan_D**

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Self-employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Association | March 28 | New York, New York | Honoring the Judiciary | New York, NY, March 28 - Dinner; Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | National City Mortgage | Mortgages on Office Building and Rental Properties #'s 1 & 4, Red Bank, NJ (Part VII- lines 1 & 4) | M |
| 2. | TD Bank (formerly Commerce Bank) | Mortgage on Lewis Street Rental Property, Eatontown, NJ ( Part VII- line 2) | L |
| 3. | Third Federal Savings & Loan | 2nd mortgage on Office Building #4, Red Bank, NJ (Part VII- line 4) | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Wigenton, Susan D. | | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Red Bank, NJ (1995- $63,000) | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Eatontown, NJ (1989-$137,000) | D | Rent | N | W | | | | | |
| 3. Rental Property #3, Red Bank, NJ (1999-inherited) | E | Rent | N | W | | | | | |
| 4. Office Building, Red Bank, NJ (2000-$255,000) | | None | N | W | | | | | |
| 5. Oppenheimer Main Street Income & Growth Fund A | A | Dividend | J | T | | | | — .. | -- |
| 6. Fidelity Destiny Plans | A | Dividend | K | T | | | | | |
| 7. Citigroup Inc., Common Stock | A | Dividend | J | T | | | | | |
| 8. Rbb/Bedford Money Market Fund | A | Dividend | J | T | | | | | |
| 9. State Street Research Mutual Funds | A | Dividend | K | T | | | | | |
| 10. Fortis Masters Variable Annuity | D | Dividend | M | T | | | | | |
| 11. Microsoft Comon Stock | A | Dividend | J | T | | | | | |
| 12. Cisco Common Stock | A | Dividend | K | T | | | | | |
| 13. Chesapeake Utilities Common Stock | A | Dividend | J | T | | | | | |
| 14. Kellogg Company Common Stock | A | Dividend | J | T | | | | | |
| 15. Dow Chemical Company Common Stock | A | Dividend | J | T | | | | | |
| 16. Comcast Corporation Common Stock | A | Dividend | J | T | | | | | |
| 17. Daimler/Chrysler Corp., Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000         M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                 T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. A B Volvo Common Stock | A | Dividend | J | T | | | | | |
| 19. Exxon Mobil Corporation | A | Dividend | K | T | | | | | |
| 20. Synovus Financial Common Stock | A | Dividend | J | T | | | | | |
| 21. Diebold Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 22. Deere and Company Common Stock | A | Dividend | J | T | | | | | |
| 23. Motorola Inc., Common Stock | A | Dividend | J | T | | | | | |
| 24. Newell Rubbermaid Corp. Common Stock | A | Dividend | J | T | | | | | |
| 25. Wells Fargo Corp. Common Stock | A | Dividend | J | T | | | | | |
| 26. PMC Capital Inc., Common Stock | A | Dividend | K | T | | | | | |
| 27. People's Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 28. Wendy's International Common Stock | A | Dividend | J | T | | | | | |
| 29. Powershares ( f/k/a NASDAQ 100), Common Stock | A | Dividend | J | T | | | | | |
| 30. American International Group Common Stock | A | Dividend | J | T | | | | | |
| 31. Colgate-Palmolive Common Stock | A | Dividend | J | T | | | | | |
| 32. Lincoln National Corporation Common Stock | A | Dividend | J | T | | | | | |
| 33. Oneok Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 34. Xcel Energy, Inc., Commo Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intel Corporation | A | Dividend | J | T | | | | | |
| 36. Whirlpool (Maytag) Corporation | A | Dividend | J | T | | | | | |
| 37. GTE Corporation | A | Dividend | J | T | | | | | |
| 38. Fifth Third Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 39. Wachovia (First Union) Bank Common Stock | A | Dividend | J | T | | | | | |
| 40. Federal Realty Investment Common Stock | A | Dividend | J | T | | | | | |
| 41. Sky Financial Group Common Stock | A | Dividend | J | T | | | | | |
| 42. CFS Direct Inc., Common Stock | A | Dividend | J | T | | | | | |
| 43. Sovereign Bancorp, Common Stock | A | Dividend | J | T | | | | | |
| 44. National Investor | D | Dividend | K | T | | | | | |
| 45. Lucent Technologies (401K) | B | Dividend | L | T | | | | | |
| 46. IBM Common Stock | A | Dividend | J | T | | | | | |
| 47. Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 48. Time Warner Common Stock | A | Dividend | J | T | | | | | |
| 49. American Express Common Stock | A | Dividend | K | T | | | | | |
| 50. Altria Group Common Stock | A | Dividend | K | T | | | | | |
| 51. General Electric Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walt Disney Common Stock | A | Dividend | K | T | | | | | |
| 53. Sirius/XM Satellite Radio | A | Dividend | J | T | | | | | |
| 54. Jet Blue Airlines Common Stock | A | Dividend | J | T | | | | | |
| 55. Ford Motor Co., Common Stock | A | Dividend | J | T | | | | | |
| 56. AMR Common Stock | A | Dividend | K | T | | | | | |
| 57. Taro Pharmaceutical Corp. | A | Dividend | J | T | | | | | |
| 58. Hudson City Bancorp | A | Dividend | J | T | | | | | |
| 59. Harken Energy Corp. | A | Dividend | J | T | | | | | |
| 60. Toyota Motor Company Common Stock | A | Dividend | J | T | | | | | |
| 61. US Bancorp | A | Dividend | K | T | | | | | |
| 62. Investor's Savings Bank, Common Stock | A | Dividend | J | T | | | | | |
| 63. Merck & Co., Common Stock | A | Dividend | J | T | | | | | |
| 64. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 65. Yum! Corporation | A | Dividend | J | T | | | | | |
| 66. Verizon | A | Dividend | J | T | | | | | |
| 67. Oracle Corporation Common Stock | A | Dividend | J | T | | | | | |
| 68. Pepsico Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
 (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
 (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
 P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
 (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AT & T | A | Dividend | J | T | | | | | |
| 70. Blackrock Global Resources | A | Dividend | K | T | Sold (part) | 6/20 | K | C | |
| 71. United Parcel Service, Corp. | A | Dividend | J | T | | | | | |
| 72. Ameriprise Financial Corp. | A | Dividend | J | T | | | | | |
| 73. BBT Corp. common Stock | A | Dividend | J | T | | | | | |
| 74. CenturyTel Common Stock | A | Dividend | J | T | | | | | |
| 75. American Greetings Common Stock | A | Dividend | J | T | | | | | |
| 76. Energen Common Stock | A | Dividend | J | T | | | | | |
| 77. Integrys Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wigenton, Susan D. | 05/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. - Prior 2007 Report- Entry # 25- Wells Fargo merged with Wachovia Bank (Entry # 39)

- Entry # 16 - New Century Energy - not sold, but has no value, thus omitted..

- Entry # 55 - Sirius Satellite - merged with XM Satellite Radio (Entry # 54)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY A
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544